# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMANTHA MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-437-R ) |
| NANCY A. BERRYHILL,<br>**Acting Commissioner of the Social Security Administration,** | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell, entered November 14, 2018. Doc. 23. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Purcell is ADOPTED in its entirety and the decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED this 7th day of December 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE